IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL

Courtroom Deputy: LaDonne Bush               Date: August 30, 2011
Court Reporter: Gwen Daniel
Probation Officer: Jan Woll

Criminal Action No. 11-cr-00075-DME-1

*Parties:*                                   *Counsel:*

UNITED STATES OF AMERICA,                    Ryan Thomas Bergsieker

    Plaintiff,

v.

1.  ANDRE ADAMS,                             Virginia Grady

    Defendant.

---

COURTROOM MINUTES - SENTENCING

---

10:00 a.m.    Court in session.

Defendant present in custody.

At the change of plea hearing on May 25, 2011, Defendant plead guilty to Count One of the Indictment.

Defendant sworn.

Parties received and reviewed the presentence report and addendum.

Statements by Ms. Grady, Defendant and Mr. Bergsieker.

Further statement by Ms. Grady.

Comments and rulings by the Court.

1

**ORDERED**:   Motion for Below Guidelines Statutory or Variant Sentence (Doc. 58) is denied.

**DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One of the Indictment to a term of imprisonment of 27 months.

**SUPERVISED RELEASE:**
Upon release from imprisonment, Defendant shall be placed on supervised release for a term of three years.

**Conditions of supervised release:**
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X)   Defendant shall not unlawfully use or possess a controlled substance. Defendant shall submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X)   Defendant shall participate in a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as Defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall pay the cost of treatment as directed by the probation officer.

**FINE:**
No fine is imposed because Defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00 which is due and payable immediately.

Defendant is advised of the right to appeal.

**ORDERED**:   The probation officer shall prepare the judgment. A complete copy of the presentence report and addendum shall be prepared for the Bureau of Prisons and the United States Sentencing Commission.

Court confirms that counsel have copies of the presentence report and addendum.  Any other copies shall remain confidential according to the practice of the Court.  If an appeal is taken, counsel on appeal will be permitted access to the presentence report and addendum.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

At the request of Ms. Grady, the Court recommends to the Bureau of Prisons that Defendant be admitted to the residential drug and alcohol program.

10:48 a.m.    Court in recess.

Hearing concluded.
Time: 00:48