## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00075-DME

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ANDRE ADAMS,

      Defendant.

## ORDER

Pursuant to and in accordance with the supervised release violation hearing held before the Honorable David M. Ebel, on February 23, 2016,

**IT IS ORDERED** that Defendant Andre Adams is sentenced to **time served**.

Dated:  February 23, 2016

                                         BY THE COURT:

                                         s/ David M. Ebel
                                         DAVID M. EBEL,
                                         UNITED STATES DISTRICT JUDGE